[No. 51476-8-I. Division One. March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DEAN KOEHLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-07369-5, Richard A. Jones, J., entered October 30, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 54664-3-I. Division One. March 6, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JEROME JAY LEE, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 03-1-04171-4, Carol A. Schapira, J., entered August 19, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55197-3-I. Division One. March 6, 2006.]

JOHN J. DONNELLY, *Appellant,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-2-20567-2, Michael J. Fox, J., entered October 13, 2004. *Affirmed* by unpublished opinion per Cox, C.J., concurred in by Coleman and Grosse, JJ.

[No. 55222-8-I. Division One. March 6, 2006.]

JOHN CHARLES WATCHIE, *Appellant,* v. THE DEPARTMENT OF LICENSING, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-21246-4, James D. Cayce, J., entered October 11, 2004. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Baker and Dwyer, JJ.